UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MUNG SIAN KIM, | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:23-cv-01740-MHH-HNJ |
| SHERIFF MATT GENTRY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On January 13, 2025, the Magistrate Judge entered a report (Doc. 14) in which he recommended that the Court grant petitioner Mung Sian Kim's motion to dismiss (Doc.11) this habeas proceeding without prejudice as moot. The Magistrate Judge advised Mr. Kim of his right to file objections to the report. To date, the Court has not received objections.

After considering the materials in the electronic record in this case, the Court adopts the Magistrate Judge's report and accepts his recommendation. Consistent with that recommendation, by separate order, the Court will dismiss this habeas proceeding without prejudice.

**DONE** and **ORDERED** this February 11, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE